**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000834
10-SEP-2014
08:36 AM**

NO. CAAP-14-0000834

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEBORAH LYN KEKUAWELA RAMIREZ, Plaintiff-Appellant,
v.
AURORA LOAN SERVICES, LLC,
a Delaware Limited Liability Company, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., Defendants-Appellees,
and
DOES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1767)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On May 16, 2014, Plaintiff-Appellant Deborah Lyn Kekuawela Ramirez (Appellant) filed a notice of appeal;

(2) The record on appeal was filed on June 20, 2014, and the appellate clerk informed Appellant that the statement of jurisdiction was due by June 30, 2014 and the opening brief was due by July 30, 2014;

(3) Appellant did not file either document;

(4) On August 14, 2014, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 25, 2014, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 10, 2014.


Chief Judge


Associate Judge


Associate Judge